

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**ENTERED**
**07/02/2010**

| | | |
|---|---|---|
| IN RE: | § | |
| BNP PETROLEUM CORPORATION, | § | CASE NO. 09-20206 |
| AND BNP OIL & GAS PROPERTIES, | § | CASE NO. 09-20612 |
| LTD. | § | (Chapter 11) |
| | § | Jointly Administered Under |
| Debtors | § | Case No. 09-20206 |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | Adversary No. 10-02022 |
| | § | |
| PAUL BLACK, ET AL | § | |
| Defendants | § | |

## AGREED ORDER GRANTING INJUNCTION AND GRANTING EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Came on to be heard the Litigation Trustee's Motion for Temporary Restraining Order and Injunction, and the Court noting that this is without any admission of liability by any Defendant, and after reviewing the affidavit presented, and the agreement of the Parties is of the opinion that such Motion is well taken and should be granted based on same. I

IT IS ORDERED that Paul Black, James Black, III (father of Paul Black), James Black, IV, Wendy Bennett and all Black Entities are enjoined from moving the 1984 54' Bertram Sportfish Yacht (USCG HIN# BERSO545M84D) named the Green Machine (the "Green Machine"), currently located at Key Allegro Marina in Rockport, TX out of the waters of the Gulf of Mexico (or permitting or attempting to have someone else do the same on their behalf).

IT IS FURTHER ORDERED that the Green Machine shall be moored each night at a Texas Port between Brownsville and Galveston, Texas. The Litigation Trustee shall be provided the name, location and contact person of each marina at which it is moored and the dates of each mooring not later than 24 hours in advance of such mooring at a port other than Key Allegro.

Any insurance policy covering the Green Machine shall be amended to name the Litigation Trustee as additional insured. At present, there is no casualty or liability insurance (Defendants, if the boat is to be used, presently intend to procure appropriate insurance.) The Litigation Trustee may provide suitable insurance on the Green Machine for all hazards. It shall be maintained in good workable order, subject to normal wear and tear. This Injunction shall remain in force and effect until further order of this Court. The time for Paul Black, James Black, III, James Black, IV, Wendy Bennett and all Black Entities to file their answers to the Litigation Trustee's Complaint is extended to July 28, 2010.

      IT IS SO ORDERED.

AGREED:


/S/MICHAEL B. SCHMIDT
Michael B. Schmidt
*Litigation Trustee*


/S/R. GLEN AYERS
R. Glen Ayers
*Attorney for Paul Black, James Black, III,*
*James Black, IV, Wendy Bennett and all Black Entities*

DATE: July 2, 2010

_____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE